```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 32701
    JUDY EVANS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-9516

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/02/2004 and was confirmed 12/02/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 04/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
FIFTH THIRD MORTGAGE CO    CURRENT MORTG          .00          .00             .00
HSBC MORTGAGE SERVICES     CURRENT MORTG     21500.00          .00        21500.00
MORTGAGE ELECTRONIC REGI   NOTICE ONLY      NOT FILED          .00             .00
HOUSEHOLD MORTGAGE SERVI   MORTGAGE ARRE     9412.66           .00         9412.66
ARCHER HEIGHTS C U         UNSECURED         8864.13           .00         8864.13
ARCHER HEIGHTS C U         NOTICE ONLY      NOT FILED          .00             .00
CAPITAL ONE BANK           FILED LATE        1463.36           .00             .00
CAPITAL ONE BANK           FILED LATE        1370.69           .00             .00
OKWUJE MEDICAL SERVICE     UNSECURED        NOT FILED          .00             .00
JC PENNY                   UNSECURED        NOT FILED          .00             .00
KMART                      UNSECURED        NOT FILED          .00             .00
MICHAEL REESE HOSPITAL &   UNSECURED        NOT FILED          .00             .00
PROVIDIAN NATIONAL BANK    UNSECURED        NOT FILED          .00             .00
WACHOVIA DEALER SERVICES   UNSECURED        NOT FILED          .00             .00
FIFTH THIRD MORTGAGE CO    SECURED                .00          .00             .00
CAPITAL ONE BANK           FILED LATE         507.81           .00             .00
HOUSEHOLD FINANCIAL SERV   NOTICE ONLY      NOT FILED          .00             .00
HOUSEHOLD FINANCIAL SERV   NOTICE ONLY      NOT FILED          .00             .00
INTERNAL REVENUE SERVICE   PRIORITY          2844.42         66.98         2844.42
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                        2,595.96
DEBTOR REFUND              REFUND                                           145.85

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              48,130.00

PRIORITY                                    2,844.42
    INTEREST                                   66.98
SECURED                                    30,912.66

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 32701 JUDY EVANS
```

```
UNSECURED                                                  8,864.13
ADMINISTRATIVE                                             2,700.00
TRUSTEE COMPENSATION                                       2,595.96
DEBTOR REFUND                                                145.85
                                    ----------------   ----------------
TOTALS                                    48,130.00          48,130.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
  Dated: 07/29/08                 _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```